# EXHIBIT 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002392355 / 2024-02-15

Application Title: Murder Drones logo.

Title:               Murder Drones logo.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2021

Date of Publication:
                     2021-10-30

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Basis for Registration: Registration based on the artwork
                        in the logo. Copyright does not protect names, titles,
                        short phrases or slogans. 37 CFR 202.1.

Names:               Glitch Productions Pty Ltd
```

===============================================================================

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392949 / 2024-02-15

Application Title: Cyn.

Title:                Cyn.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:          Visual Material

Registration Number / Date:
                       VA0002392950 / 2024-02-15

Application Title: J.

Title:                 J.

Description:           Electronic file (eService)

Copyright Claimant:
                       Glitch Productions Pty Ltd.

Date of Creation:      2021

Date of Publication:
                       2021-10-30

Nation of First Publication:
                       Australia

Authorship on Application:
                       Glitch Productions Pty Ltd, employer for hire; Domicile:
                          Australia. Authorship: 2-D artwork.

Copyright Note:        Regarding basis for registration: Registration based on
                          deposited pictorial authorship describing, depicting, or
                          embodying character(s). Compendium 313.4(H).

Names:                 Glitch Productions Pty Ltd

==============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392951 / 2024-02-15

Application Title: N.

Title:                N.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002392952 / 2024-02-15

Application Title: Uzi.

Title:                Uzi.

Description:          Electronic file (eService)

Copyright Claimant:
                      Glitch Productions Pty Ltd.

Date of Creation:     2021

Date of Publication:
                      2021-10-30

Nation of First Publication:
                      Australia

Authorship on Application:
                      Glitch Productions Pty Ltd, employer for hire; Domicile:
                         Australia. Authorship: 2-D artwork.

Copyright Note:       Regarding basis for registration: Registration based on
                         deposited pictorial authorship describing, depicting, or
                         embodying character(s). Compendium 313.4(H).

Names:                Glitch Productions Pty Ltd

===============================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002392953 / 2024-02-15

Application Title: V.

Title:               V.

Description:         Electronic file (eService)

Copyright Claimant:
                     Glitch Productions Pty Ltd.

Date of Creation:    2021

Date of Publication:
                     2021-10-30

Nation of First Publication:
                     Australia

Authorship on Application:
                     Glitch Productions Pty Ltd, employer for hire; Domicile:
                        Australia. Authorship: 2-D artwork.

Copyright Note:      Regarding basis for registration: Registration based on
                        deposited pictorial authorship describing, depicting, or
                        embodying character(s). Compendium 313.4(H).

Names:               Glitch Productions Pty Ltd

===============================================================================
```