UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-25486-MORENO/D'Angelo

GLITCH PRODUCTIONS PTY LTD,

Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION ORDER

**THIS CAUSE** is before the Court upon Plaintiff Glitch Productions Pty Ltd's ("Plaintiff"
or "Glitch") Motion for Entry of a Preliminary Injunction. ECF No. [17].

In the Motion, Glitch seeks entry of a preliminary injunction order against the Partnerships
and Unincorporated Associations Identified on Schedule A hereto (collectively, "Defendants"),
and entry of an order restraining the financial accounts used by Defendants, pursuant to the
Lanham Act, 15 U.S.C. §§ 1116 *et seq.*; Federal Rule of Civil Procedure 65; the Copyright Act,
17 U.S.C. §§ 101 *et seq.*; and the All Writs Act, 28 U.S.C. § 1651(a).

The Court previously entered an order granting Plaintiff's *ex parte* Motion for Entry of
Temporary Restraining Order ("TRO"). ECF No. [11]. The Court convened a public hearing on
May 14, 2026. *See* ECF No. [22]. Plaintiff certifies that it served Defendants notice of this hearing
on May 5, 2026. *See* ECF No. [23].

Only counsel for Plaintiff appeared through counsel at the hearing on the Motion. As
represented by Plaintiff's counsel at the hearing and reflected on the docket of this case, no

1

Defendants have made any appearance, indicated an intention to challenge the TRO, or otherwise answered and/or defended against the Complaint. The Court heard argument from Plaintiff and reviewed the evidence that Plaintiff's counsel presented to the Court.

Upon due consideration of the Motion, the pertinent portions of the record, the relevant authorities, and for the reasons set forth herein, the Motion is hereby **GRANTED**.

## I.    FACTUAL BACKGROUND

The following background is taken from Plaintiff's Complaint, ECF No. [1], the Motion, and supporting evidentiary submissions and exhibits.

Glitch is the owner of various copyright registrations related to its Murder Drones franchise (the "MD Copyrighted Works"). A list of the MD Copyrighted Works is below. *See* ECF No. [8-1].

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VA0002392355 | Murder Drones logo. | February 15, 2024 |
| VA0002392949 | Cyn. | February 15, 2024 |
| VA0002392950 | J. | February 15, 2024 |
| VA0002392951 | N. | February 15, 2024 |
| VA0002392952 | Uzi. | February 15, 2024 |
| VA0002392953 | V. | February 15, 2024 |

Glitch also owns the following federally registered trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "MD Trademarks"). *See id.*

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 7,082,519 | MURDER DRONES | Jun. 20, 2023 | For: Clothing, namely, shorts, pants, coats, dresses, skirts and socks; footwear; headwear; t-shirts; printed t-shirts; shirts; bandanas, namely, neckerchiefs; shorts; hooded sweatshirts; jumpers, namely, pullovers; jumpers in the nature of sweaters; singlets; sweatbands; wristbands as clothing; hats in class 025.<br><br>For: Action toys, namely, action figure toys; children's toys, namely, stuffed toys; costumes for toys, namely, doll costumes; cuddly toys, namely, plush dolls; electronic children's multiple activity toys; molded plastic toy figurines; scale model toy figures; toy models; plastic toys, namely, toy figures; plush toys; plush stuffed toys; scale model kits; toys, namely, dolls; electronic games apparatus adapted for use with an external display screen or monitor; dice games; arcade game machines; gaming machines; games, namely, arcade game machines, action target games, board games and card games; electronic games for teaching children; party games; portable gaming devices, namely, portable video game consoles; trading cards for games; dolls; plush dolls in class 028.<br><br>For: Arranging of entertainment, namely, arranging and conducting social entertainment events; entertainment, namely, live show performances featuring video animation; fan club services for entertainment; live entertainment, |

| | | | | namely, live audio performances by actors; live entertainment production services, namely, live audio performances by actor; organisation of competitions, namely, entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; arranging of contests; organisation of entertainment events in the nature of live musical performances; production of audio entertainment, namely, production of audio recordings; production of video podcasts; production of live entertainment, namely, production of television shows, plays; provision of online non-downloadable audio and video entertainment in the nature of visual and audio recordings featuring animated content via electronic or digital transmission; provision of online non-downloadable audio and video entertainment in the nature of visual and audio recordings featuring animated entertainment; television entertainment in the nature of ongoing television programs in the field of variety; video entertainment services, namely, providing a web site featuring video presentations featuring animations; providing online information in the field of entertainment; providing online videos, not downloadable, in the field of animations; film production services, other than advertising films; production of animated cartoons; providing online electronic publications, not |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | downloadable, namely, newsletters in the field of animation entertainment; electronic publication of information on a wide range of topics, including online and over a global computer network, namely, publishing of electronic publications; publishing of electronic publications; screenplay writing; production of webcasts, other than advertising, namely, providing webcasts in the field of animation entertainment; online publication of journals or diaries consisting of weblog and blog services in the nature of online journals, namely, blogs featuring animation entertainment in class 041. |
| 7,510,567 | MURDER DRONES | Sep. 24, 2024 | For: Articles of imitation jewellery, namely, imitation necklaces and imitation bracelets; Imitation jewellery; Imitation jewellery ornaments, namely, imitation necklaces and imitation bracelets; Pins being jewellery; Decorative pins being jewellery; Decorative pins of precious metal being jewellery; Charms of semi-precious metals for jewellery; Fake jewellery, namely, imitation jewellery and plastic jewellery; Bracelets being jewellery; Clocks; Decorative articles for personal use, namely, jewellery; Decorative ornaments made of plated precious metals, namely, jewellery plated with precious metals; Earrings; Ear studs; Figurines coated with precious metal, namely, medals coated with precious metals; Hat jewellery; Lanyards for holding keys; Necklaces; Key chains; Key rings comprised of split rings with decorative fobs or trinkets; Key holders being key rings; Charms |

| | | | for key rings; Jewellery rings; Watches in class 14.<br><br>For: Lanyards for holding paper cards, namely, lanyards for name badge holders; Printed artworks, namely, graphic art prints; Printed posters; Mounted printed posters; Printed advertising posters; Printed publications, namely, books, hand-outs, and workbooks in the field of graphic design; Printed comic books; Printed manga comic books; Printed picture books; Printed story books; Cartoon prints; Printed magazines featuring cartoon characters; Animation cels; Badges made of paper; Printed stickers being stationery stickers; Stationery in class 016. |
|---|---|---|---|

Glitch alleges that Defendants, through fully interactive, e-commerce stores[1], operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (the "Seller Aliases"), have advertised, promoted, offered for sale, sold, or imported goods bearing and/or embodying what Glitch has determined to be counterfeits, infringements, reproductions, or colorable imitations of the MD Trademarks and/or unauthorized copies of the MD Copyrighted Works. ECF No. [1].

Glitch alleges that it has not licensed or authorized Defendants to use any of the MD Trademarks or MD Copyrighted Works, and none of the Defendants are authorized retailers of genuine Glitch Products. *See* ECF No. [8-1] ¶ 21.

Glitch attests that it investigated the promotion and sale of infringing and counterfeit versions of its branded products by Defendants ("Unauthorized Products"). *See id.* at ¶ 19. Glitch

---

[1] The e-commerce store URLs are listed on Schedule A to the Complaint and attached hereto.

alleges that it analyzed each of the e-commerce stores operating under the Seller Aliases and determined that Unauthorized Products were being offered for sale to residents of the United States, including Florida. *Id.* In addition, each e-commerce store offered shipping to Florida. *Id.* Glitch attests that it conducted a review and visually inspected the Unauthorized Products listed for sale on each Defendants' e-commerce store and determined said products were non-genuine and unauthorized by Glitch. *Id.*

## II.    LEGAL STANDARD

To obtain a preliminary injunction, a party must demonstrate: (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest. *Schiavo ex rel. Schindler v. Schiavo,* 403 F.3d 1223, 1225-26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.,* 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.    CONCLUSIONS OF LAW

Glitch's Motion supports the following conclusions of law:

A. Glitch has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of Unauthorized Products, and that Defendants' Unauthorized Products use infringing and counterfeit versions of the MD Trademarks and/or unauthorized copies of the MD Copyrighted Works.

B. This Court has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Florida.

Specifically, Defendants have targeted sales to Florida residents by setting up and operating e-commerce stores that target United States consumers using the Seller Aliases, offer shipping to Florida, and/or have sold Unauthorized Products to residents of Florida.

C. Because of the infringement of the MD Trademarks and/or MD Copyrighted Works, Glitch is likely to suffer immediate and irreparable injury if a preliminary injunction order is not granted. The following specific facts, as set forth in Glitch's Complaint, Glitch's Motion, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to Glitch and to consumers before Defendants can be heard in opposition unless Glitch's request for preliminary relief is granted:

    a.  Defendants own, operate, and/or control fully interactive, e-commerce stores operating under the Seller Aliases which advertise, offer for sale, sell, and ship Unauthorized Products to customers in Florida that bear infringing and/or counterfeit versions of the MD Trademarks and/or bear unauthorized copies of the MD Copyrighted Works; and

    b.  There is good cause to believe that more counterfeit and infringing products bearing the MD Trademarks and/or unauthorized copies of the MD Copyrighted Works will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of the Unauthorized Products; and that Glitch may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates; and

8

D.  The potential harm to Defendants in restraining their trade in counterfeit and infringing goods through their e-commerce stores and freezing ill-gotten profits if a preliminary injunction order is granted is far outweighed by the irreparable harm Glitch, its reputation, and its goodwill has suffered and will continue to suffer if a preliminary injunction order is not issued.

E.  The public interest favors issuance of the preliminary injunction order to prevent consumer confusion and dispel the false impression that Defendants are operating their e-commerce stores with Glitch's approval and endorsement, as well as protect Glitch's legitimate intellectual property interests.  Further, the public will be protected from being defrauded by the illegal sale of Unauthorized Products.

F.  Under 15 U.S.C. § 1117(a), Glitch may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing infringing and/or counterfeit versions of the MD Trademarks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Prods. Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962)) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity'").

G.  Under 17 U.S.C. § 504(b) and 17 U.S.C. § 502(a), Glitch may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing unauthorized copies of the MD Copyrighted Works. *See Antsy Labs, LLC v. Individuals*, 24-cv-61436-WPD, 2024 WL 4472009, at *2 (S.D. Fla. Sept. 16, 2024) ("Under 17 U.S. Code § 504(b) and 17 U.S. Code § 502(a), Plaintiff may be

entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods infringing Plaintiff's Copyrights.").

H. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (citing *Federal Trade Commission v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984) (abrogated on other groundsp).

I. In light of the inherently deceptive nature of the intellectual property infringement business, and the likelihood that Defendants have violated federal trademark and copyright laws, Glitch has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Accordingly, upon due consideration of Glitch's Complaint, the Motion, the supporting evidentiary submissions, the relevant authorities, and for the reasons set forth on the record at the hearing on the Motion, which are incorporated herein, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [17], is **GRANTED,** under the terms set forth below:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with Defendants be preliminary enjoined and restrained from:

   a. using the MD Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Glitch product or not authorized by Glitch to be sold in connection with the MD Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the MD Copyrighted Works in any manner without the express authorization of Glitch;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Glitch product or any other product produced by Glitch, that is not Glitch's or not produced under the authorization, control, or supervision of Glitch and approved by Glitch for sale under the MD Trademarks and/or MD Copyrighted Works;

d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Glitch, or are sponsored by, approved by, or otherwise connected with Glitch;

e. further infringing the MD Trademarks and MD Copyrighted Works and damaging Glitch's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Glitch, nor authorized by Glitch to be sold or offered for sale, and which bear any of Glitch's trademarks, including the MD Trademarks, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the MD Copyrighted Works.

2. Upon Glitch's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online platforms such as AliExpress.com ("AliExpress"), AliPay, Amazon.com, Inc. ("Amazon"), Amazon Pay, Dhgate.com ("DHGate"), eBay, Inc. ("eBay"), Roadget Business PTE Ltd. ("SHEIN"), Walmart, Inc. ("Walmart"), and Context Logic, Inc. d/b/a Wish.com ("Wish") (collectively, the "Third

11

Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Glitch expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, the AliExpress, Alipay, Amazon, Amazon Pay, DHGate, eBay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), SHEIN, Stripe, Inc. ("Stripe"), Walmart, and Wish, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Glitch's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in

12

connection with the sale of counterfeit and infringing goods using the MD Trademarks and/or which bear the MD Copyrighted Works.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including AliExpress, Alipay, Amazon, Amazon Pay, DHGate, eBay, Payoneer, PayPal, SHEIN, Stripe, Walmart, and Wish shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Andrew Masterson, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Glitch is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as

13

well as providing full accounting of Defendants' sales and listing history related to their respective Seller Aliases.

7. Glitch is authorized to issue the expedited discovery requests authorized in Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules.

9. The ten-thousand-dollar ($10,000) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until the Preliminary Injunction is terminated.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 18, 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

14

**Glitch Productions Pty Ltd v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 25-cv-25486-MORENO/D'Angelo**

### Schedule A

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | Chaoli Wei | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2CVFR3YB81GGH&asin=B0DV3LX1YN |
| 2 | HGSJKVWQW52 | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AKXP6W5GD4VJL |
| 3 | faroe | Trademark only | https://www.dhgate.com/store/top-selling/22033709.html |
| 4 | applebnanan | Trademark only | https://us.shein.com/store/home?store_code=8053028537 |
| 5 | BlueSkyCo465 | Trademark only | https://us.shein.com/store/home?store_code=7469357952 |
| 6 | cdsgz | Trademark only | https://us.shein.com/store/home?store_code=2470094712 |
| 7 | dBGhgbg | Trademark only | https://us.shein.com/store/home?store_code=3694435713 |
| 8 | Di Mu Rui | Trademark only | https://us.shein.com/store/home?store_code=4319837955 |
| 9 | dsvdsds | Trademark only | https://us.shein.com/store/home?store_code=7912427471 |
| 10 | guangzhouxianyekeji | Trademark only | https://us.shein.com/store/home?store_code=1948650346 |
| 11 | jiangyuming | Trademark only | https://us.shein.com/store/home?store_code=1201266755 |
| 12 | NFSVFNB | Trademark only | https://us.shein.com/store/home?store_code=5273492590 |
| 13 | sfgf | Trademark only | https://us.shein.com/store/home?store_code=1459622506 |
| 14 | TasVc | Trademark only | https://us.shein.com/store/home?store_code=8763414753 |
| 15 | Unique Style | Trademark only | https://us.shein.com/store/home?store_code=5299914293 |
| 16 | Zhiqianz | Trademark only | https://us.shein.com/store/home?store_code=4418746315 |
| 17 | ZYSMNL | Trademark only | https://us.shein.com/store/home?store_code=7754575226 |
| 18 | Evangeline | Trademark only | https://www.walmart.com/global/seller/102771662 |
| 19 | JQ OMMICE | Trademark only | https://www.walmart.com/global/seller/102880631 |

15

| | | | |
|---|---|---|---|
| 20 | ShaoFeng Mei | Trademark only | https://www.walmart.com/global/seller/102903653 |
| 21 | UCCI Store | Trademark only | https://www.walmart.com/global/seller/102706498 |
| 22 | yongyongkeji | Trademark only | https://www.walmart.com/global/seller/102917505 |
| 23 | bfhrdc | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2XZ2CINKJ0Y1J |
| 24 | WZMPA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1L61U2OH9TLC3 |
| 25 | beneony | Copyright only | https://www.dhgate.com/store/top-selling/22033795.html |
| 26 | fashion_trend111 | Copyright only | https://www.dhgate.com/store/top-selling/22042369.html |
| 27 | greensboro | Copyright only | https://www.dhgate.com/store/top-selling/22027875.html |
| 28 | topwang08 | Copyright only | https://www.dhgate.com/store/top-selling/22255850.html |
| 29 | Cadadiaes sudadera | Copyright only | https://us.shein.com/store/home?store_code=9721389501 |
| 30 | GTGNGFHBNH | Copyright only | https://us.shein.com/store/home?store_code=1530284558 |
| 31 | IngerPay | Copyright only | https://us.shein.com/store/home?store_code=2396492779 |
| 32 | Kaze Anime Store | Copyright only | https://us.shein.com/store/home?store_code=4639118323 |
| 33 | Lewry | Copyright only | https://us.shein.com/store/home?store_code=5031903252 |
| 34 | PulseWear BreezyTees | Copyright only | https://us.shein.com/store/home?store_code=7214568573 |
| 35 | redfh | Copyright only | https://us.shein.com/store/home?store_code=5568432480 |
| 36 | Rmvem | Copyright only | https://us.shein.com/store/home?store_code=9553769905 |
| 37 | SALENA | Copyright only | https://us.shein.com/store/home?store_code=2112816629 |
| 38 | Sarai | Copyright only | https://us.shein.com/store/home?store_code=3673785604 |
| 39 | WangQianqianshop | Copyright only | https://us.shein.com/store/home?store_code=8369107697 |
| 40 | whbdn6320 | Copyright only | https://us.shein.com/store/home?store_code=2223560446 |
| 41 | WWEFNJ | Copyright only | https://us.shein.com/store/home?store_code=4777982380 |
| 42 | Zoukua SHOP | Copyright only | https://us.shein.com/store/home?store_code=5095240675 |

16

| | | | |
|---|---|---|---|
| 43 | caipan | Copyright only | https://www.walmart.com/global/seller/1029 12406 |
| 44 | enchenkejiyouxiango ngsi | Copyright only | https://www.walmart.com/global/seller/1028 62308 |
| 45 | Euiuw | Copyright only | https://www.walmart.com/global/seller/1026 14141 |
| 46 | EverydayTrove | Copyright only | https://www.walmart.com/global/seller/1028 93128 |
| 47 | Fluff Life Goods | Copyright only | https://www.walmart.com/global/seller/1029 05590 |
| 48 | Good Neighbor Shop | Copyright only | https://www.walmart.com/global/seller/1025 06409 |
| 49 | Hengyun | Copyright only | https://www.walmart.com/global/seller/1016 86432 |
| 50 | Hertha | Copyright only | https://www.walmart.com/global/seller/1028 99959 |
| 51 | Jillian Aloma | Copyright only | https://www.walmart.com/global/seller/1028 60701 |
| 52 | Joniuo | Copyright only | https://www.walmart.com/global/seller/1026 14141 |
| 53 | DISMISSED | | |
| 54 | liuyangshiyiyingfubai huo | Copyright only | https://www.walmart.com/global/seller/1027 69461 |
| 55 | Love Shoppe | Copyright only | https://www.walmart.com/global/seller/1029 05463 |
| 56 | Loveah Martinez | Copyright only | https://www.walmart.com/global/seller/1028 47187 |
| 57 | lushanshiyuhuajiafan gyouxian | Copyright only | https://www.walmart.com/global/seller/1029 02835 |
| 58 | DISMISSED | | |
| 59 | mrnw | Copyright only | https://www.walmart.com/global/seller/1028 34861 |
| 60 | panda dundun | Copyright only | https://www.walmart.com/global/seller/1027 91829 |
| 61 | suo | Copyright only | https://www.walmart.com/global/seller/1028 79987 |
| 62 | WeiWeiJiaChang | Copyright only | https://www.walmart.com/global/seller/1029 02576 |
| 63 | WY | Copyright only | https://www.walmart.com/global/seller/1010 77995 |
| 64 | xixitgoh | Copyright only | https://www.walmart.com/global/seller/1028 84666 |
| 65 | ZhangXue | Copyright only | https://www.walmart.com/global/seller/1028 98301 |

| | | | |
|---|---|---|---|
| 66 | frog building block house 1 | Copyright only | https://www.wish.com/merchant/6167b0fe26f8362886bb8289 |
| 67 | CYF Home 017 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104485308 |
| 68 | Flying Life Store | Trademark and Copyright | https://www.aliexpress.com/store/1103621139 |
| 69 | Shop1104002467 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104002468 |
| 70 | Shop1104064882 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104055942 |
| 71 | Shop1104078171 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104086031 |
| 72 | Shop1104676622 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104676622 |
| 73 | Shop1104717050 Store | Trademark and Copyright | https://www.aliexpress.com/store/1104723004 |
| 74 | XinTreasure Poster Store | Trademark and Copyright | https://www.aliexpress.com/store/1104392004 |
| 75 | DuoJiu | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2VX2N30CORH4Y |
| 76 | tiexiquyongshangshangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2O4L4BRRWY2TT |
| 77 | xia men di xiang gao shang mao you xian gong si | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AK34UZUZCN1TV |
| 78 | Xiamen Jianpi Tao E-commerce Co., Ltd. | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A16CLXKPMUOUY1 |
| 79 | xiamenbazishangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AE2GX569RDA3D |
| 80 | dh1102209467 | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22022470.html |
| 81 | giftshopcn | Trademark and Copyright | https://www.dhgate.com/store/top-selling/22242688.html |
| 82 | 770mmc | Trademark and Copyright | https://www.ebay.com/str/theglobalsales770 |
| 83 | abdellatifc0 | Trademark and Copyright | https://www.ebay.com/str/goldenhstore |
| 84 | avocado2013 | Trademark and Copyright | https://www.ebay.com/str/avocado2013? |
| 85 | difaq56 | Trademark and Copyright | https://www.ebay.com/str/mbuzzstore |
| 86 | elkadiya | Trademark and Copyright | https://www.ebay.com/str/dagistore |
| 87 | handanshinaxisiwangluo-0 | Trademark and Copyright | https://www.ebay.com/str/handanshinaxisiwangluo0? |

18

| | | | |
|---|---|---|---|
| 88 | moflata1234 | Trademark and Copyright | https://www.ebay.com/str/moflata1234 |
| 89 | mrsolll | Trademark and Copyright | https://www.ebay.com/usr/mrsolll |
| 90 | norohen_34 | Trademark and Copyright | https://www.ebay.com/str/winmartus? |
| 91 | online_store_84 | Trademark and Copyright | https://www.ebay.com/str/tarustore? |
| 92 | or.sroulvich | Trademark and Copyright | https://www.ebay.com/str/theglobalsales247 |
| 93 | origad4 | Trademark and Copyright | https://www.ebay.com/str/origad4 |
| 94 | per_48 | Trademark and Copyright | https://www.ebay.com/str/wiststore |
| 95 | phbak0 | Trademark and Copyright | https://www.ebay.com/usr/phbak0? |
| 96 | sichuanhanfangbuil_94 | Trademark and Copyright | https://www.ebay.com/str/sichuanhanfangbuil94 |
| 97 | tone3015 | Trademark and Copyright | https://www.ebay.com/str/markbrener |
| 98 | weranaha | Trademark and Copyright | https://www.ebay.com/str/partdecor? |
| 99 | ymalla | Trademark and Copyright | https://www.ebay.com/str/thouseposter |
| 100 | yonfur14 | Trademark and Copyright | https://www.ebay.com/str/yonatanbest |
| 101 | Cloudteesdesign | Trademark and Copyright | https://www.cloudteesdesign.com/ |
| 102 | PartynPresent | Trademark and Copyright | https://partynpresent.shop/ |
| 103 | SanyMuCos.com | Trademark and Copyright | https://sanymucos.com/ |
| 104 | axcdfgv mkkm | Trademark and Copyright | https://us.shein.com/store/home?store_code=4062605094 |
| 105 | Beiqingyun | Trademark and Copyright | https://us.shein.com/store/home?store_code=9741402618 |
| 106 | cg bhyu | Trademark and Copyright | https://us.shein.com/store/home?store_code=8426358099 |
| 107 | dgdshgdg | Trademark and Copyright | https://us.shein.com/store/home?store_code=7611123424 |
| 108 | fdg ngd | Trademark and Copyright | https://us.shein.com/store/home?store_code=1060657515 |
| 109 | gdf hi | Trademark and Copyright | https://us.shein.com/store/home?store_code=8376419370 |
| 110 | GUOHUA T SHIRT | Trademark and Copyright | https://us.shein.com/store/home?store_code=6023100670 |

| 111 | HappyPawsCo454 | Trademark and Copyright | https://us.shein.com/store/home?store_code=8919974468 |
| 112 | huangjunming77 | Trademark and Copyright | https://us.shein.com/store/home?store_code=3926830215 |
| 113 | jaifenglou | Trademark and Copyright | https://us.shein.com/store/home?store_code=1280690625 |
| 114 | LuckyDayCo454 | Trademark and Copyright | https://us.shein.com/store/home?store_code=2292313163&ici=PageGoodsDetail&main_cate_id=1974&main_goods_id=171393838 |
| 115 | Qixiaa | Trademark and Copyright | https://us.shein.com/store/home?store_code=6638834712 |
| 116 | TruffleTide5 | Trademark and Copyright | https://us.shein.com/store/home?store_code=8327740589 |
| 117 | VanillaVow45 | Trademark and Copyright | https://us.shein.com/store/home?store_code=6022250328 |
| 118 | WE BGVGHYHU | Trademark and Copyright | https://us.shein.com/store/home?store_code=4651701037 |
| 119 | ZitiZen34 | Trademark and Copyright | https://us.shein.com/store/home?store_code=6365019783 |
| 120 | xiaoweixiaodian | Trademark and Copyright | https://www.walmart.com/global/seller/102872287 |
| 121 | CC Valley | Trademark and Copyright | https://www.walmart.com/global/seller/102880164 |
| 122 | binshanshangmao | Trademark and Copyright | https://www.walmart.com/global/seller/102767154 |
| 123 | boxuan store | Trademark and Copyright | https://www.walmart.com/global/seller/102776725 |
| 124 | DISMISSED | | |
| 125 | Christina Gallagher | Trademark and Copyright | https://www.walmart.com/global/seller/102912083 |
| 126 | chuanhuashop | Trademark and Copyright | https://www.walmart.com/global/seller/102798456 |
| 127 | D&X | Trademark and Copyright | https://www.walmart.com/global/seller/102750900 |
| 128 | DGSJHSFSGS | Trademark and Copyright | https://www.walmart.com/global/seller/101659057 |
| 129 | DISMISSED | | |
| 130 | Duo Duo Doll | Trademark and Copyright | https://www.walmart.com/global/seller/102865756 |
| 131 | EasyShop Depot | Trademark and Copyright | https://www.walmart.com/global/seller/102898352 |
| 132 | FDGHJHGKUJ | Trademark and Copyright | https://www.walmart.com/global/seller/102779582 |
| 133 | fsgsgsgdsg | Trademark and Copyright | https://www.walmart.com/global/seller/102760464 |

| 134 | Fuseerich | Trademark and Copyright | https://www.walmart.com/global/seller/1028 03144 |
|---|---|---|---|
| 135 | GlobeSurprise Hub | Trademark and Copyright | https://www.walmart.com/global/seller/1028 90778 |
| 136 | DISMISSED | | |
| 137 | guofeng | Trademark and Copyright | https://www.walmart.com/global/seller/1028 23564 |
| 138 | H.DIANJU | Trademark and Copyright | https://www.walmart.com/global/seller/1026 30110 |
| 139 | Happy Sky Golden Store | Trademark and Copyright | https://www.walmart.com/global/seller/1027 70103 |
| 140 | Heloow | Trademark and Copyright | https://www.walmart.com/global/seller/1028 98489 |
| 141 | Hunter Genereux | Trademark and Copyright | https://www.walmart.com/global/seller/1028 47217 |
| 142 | JING HANG | Trademark and Copyright | https://www.walmart.com/global/seller/1027 20718 |
| 143 | jinyongli | Trademark and Copyright | https://www.walmart.com/global/seller/1028 49316 |
| 144 | KangWei Li | Trademark and Copyright | https://www.walmart.com/global/seller/1028 54828 |
| 145 | liqing | Trademark and Copyright | https://www.walmart.com/global/seller/1028 49317 |
| 146 | MRLLRM Jewelry | Trademark and Copyright | https://www.walmart.com/global/seller/1027 48605 |
| 147 | MRLLRM MALL | Trademark and Copyright | https://www.walmart.com/global/seller/1027 48605 |
| 148 | Qilai Co., Ltd. | Trademark and Copyright | https://www.walmart.com/global/seller/1028 71633 |
| 149 | road star happy goods go go | Trademark and Copyright | https://www.walmart.com/global/seller/1029 16970 |
| 150 | ShanYun Hua | Trademark and Copyright | https://www.walmart.com/global/seller/1028 62692 |
| 151 | tunxukejigongsi | Trademark and Copyright | https://www.walmart.com/global/seller/1029 08453 |
| 152 | Wanyizi Store | Trademark and Copyright | https://www.walmart.com/global/seller/1028 59460 |
| 153 | Wu Xue Jin | Trademark and Copyright | https://www.walmart.com/global/seller/1029 21108 |
| 154 | xiangD | Trademark and Copyright | https://www.walmart.com/global/seller/1028 71240 |
| 155 | xianyouxianyuegousen | Trademark and Copyright | https://www.walmart.com/global/seller/1028 08760 |
| 156 | xichengkejiyouxiangongsi | Trademark and Copyright | https://www.walmart.com/global/seller/1027 89074 |

| 157 | XUAWWSFF | Trademark and Copyright | https://www.walmart.com/global/seller/1027 90013 |
| 158 | DISMISSED | | |
| 159 | Yiju Intelligent Equipment Co | Trademark and Copyright | https://www.walmart.com/global/seller/1028 71366 |
| 160 | ZhiHua Ma | Trademark and Copyright | https://www.walmart.com/global/seller/1028 22494 |
| 161 | ZhongQing Zhao | Trademark and Copyright | https://www.walmart.com/global/seller/1028 48474 |
| 162 | Dorothy Featured | Trademark and Copyright | https://www.wish.com/merchant/60e140593 2f31a67cacc0e1e |